

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JAMES R. LOWE, | § | No. 08-23-00331-CV |
| Appellant, | § | Appeal from the |
| v. | § | 81st Judicial District Court |
| ATASCOSA CENTRAL APPRAISAL DISTRICT, | § | of Atascosa County, Texas |
| | § | (TC#23-04-0264-CVA) |
| Appellee. | | |

## **MEMORANDUM OPINION**

This appeal is before the Court on its own motion to determine whether it should be dismissed for want of prosecution.[1] *See* TEX. R. APP. P. 42.3.

On January 26, 2024, the Clerk of this Court sent a letter to Appellant notifying him that neither an appellant's brief nor a motion for leave to file a late brief had been filed. *See* TEX. R. APP. P. 38.8. The letter indicated that the Court would submit this case for dismissal after ten days unless any party could show grounds for continuing the appeal. As of this date, Appellant has not

---

[1] This case was transferred from the Fourth Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001. We follow the precedent of the Fourth Court of Appeals to the extent it might conflict with our own. *See* TEX. R. APP. P. 41.3.

filed an appellant's brief nor a motion for leave to file a late brief. Accordingly, we dismiss this appeal for want of prosecution.

JEFF ALLEY, Chief Justice

February 9, 2024

Before Alley, C.J., Palafox and Soto, JJ.